UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DMYTRO SHCHEDOV,

                     **Plaintiff,**   25-CV-01127 (AT)(SN)

    -against-   **ORDER**

CVS HEALTH CORPORATION,

                     **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On May 16, 2025, the Court was notified that the parties have reached a settlement in principle. Accordingly, the Settlement Conference scheduled for Wednesday, May 28, 2025, is ADJOURNED without further date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 19, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2025